UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE CLEVELAND DELL REID, SR.,
Plaintiff,

v.

DEPUTY NEGRETE #2561, et al.,
Defendants.

Case No. 25-cv-08285-VC

**ORDER DIRECTING UNITED STATES MARSHAL TO EFFECT SERVICE; DIRECTIONS TO CLERK**

Andre Cleveland Dell Reid, Sr., a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 regarding his time in the San Francisco County Jail. The Court previously sent waivers of service to defendants Negrete and Ng (#2099) at the San Francisco County Jail #3 on April 24 and again on June 16, 2026, along with copies of the complaint and order of service to the City Attorney of San Francisco. Defendants have not waived service, nor has counsel appeared.

The Court therefore orders the Clerk to prepare a USM-285 Form for each of the two listed defendants at the following address:

City Hall, Room 200

1 Dr. Carlton B. Goodlett Place, SF, CA 94102

The Clerk shall provide to the United States Marshal Service the two completed USM-285 Forms, along with copies of the operative complaint (Dkt. No. 1) with all attachments thereto, the order of service (Dkt. No. 16), this order, and the summons.

The Clerk shall mail a copy of this order to the City Attorney of San Francisco and a copy to plaintiff.

All other provisions of the Order of Service (Dkt. No. 16) remain in effect.

**IT IS SO ORDERED.**

Dated: July 29, 2026

VINCE CHHABRIA
United States District Judge